**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7359**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIC WHITE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-92-256, CA-96-1844-AM)

─────────────

Submitted: January 7, 1999        Decided: January 20, 1999

─────────────

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Eric White, Appellant Pro Se. Thomas More Hollenhorst, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric White seeks to appeal the district court's order declining to reconsider the order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). See Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. White, Nos. CR-92-256; CA-96-1844-AM (E.D. Va. Aug. 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2